In the Matter of the Application of THE GRADE CROSSING COMMISSIONERS OF THE CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to Parties Interested in Lands that May Be Injured by the Change of Grade of Chicago Street.

THE GRADE CROSSING COMMISSIONERS et al., Appellants; THE CARY SAFE COMPANY et al., Respondents.

*Matter of Grade Crossing Comrs.*, 59 App. Div. 498, affirmed.
(Submitted September 30, 1901; decided November 12, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1901, which affirmed an order of Special

Term confirming the report of commissioners of appraisal herein.

*Spencer Clinton* for appellants.

*Norris Morey* and *Edward R. Bosley* for Cary Safe Company, respondent.

*Louis L. Babcock* for American Glucose Company, respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.